1106

CLARK, Appellant, v. NEW YORK SANITARY UTILIZATION CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 3, 1899.) Action by Louis Clark, Jr., against the New York Sanitary Utilization Company. No opinion. Order affirmed, with $10 costs and disbursements, on argument.

COMMERCIAL BANK, Respondent, v. CATTO, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by the Commercial Bank against Beaman Catto. No opinion. Appeals dismissed, with costs.

In re CONYNGTON. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) In the matter of the application of Thomas Conyngton for admission to practice as attorney and counselor at law. No opinion. Application granted.

CORBIT, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Joseph Corbit against the Manhattan Railway Company and others. A. A. Wheat, for appellants. L. C. Dessar, for respondent. No opinion. Judgment modified by reducing the amount allowed for fee damage to $1,500, by reducing the amount allowed for rental damage to $1,362.60, and by reducing the extra allowance to $142. As so modified, judgment affirmed, without costs of appeal to either party.

COSTLOW, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Rhoda A. Costlow against the town of Lewis. No opinion. Judgment and order affirmed, with costs.

COX, Respondent, v. FLEER, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by William W. Cox against Frederick W. Fleer. No opinion. Judgment and order affirmed, with costs.

In re CRISWELL. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) In the matter of the application of J. A. Ekin Criswell for admission to practice as an attorney and counselor at law in the courts of New York. No opinion. Application granted.

CROPSEY et al., Respondents, v. HANNEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by Harmon W. Cropsey and another against Louis Hanneman. No opinion. Judgment affirmed, with costs. See 54 N. Y. Supp. 1098.

DARROW, Respondent, v. BUSH, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Ac-

tion by Adelbert E. Darrow against John W. Bush and others. No opinion. Order reversed, with $10 costs and disbursements, and the requests to find stricken from the case.

DAVEY, Respondent, v. DAVEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Michael Davey against Andrew Davey. No opinion. Judgment and order unanimously affirmed, with costs. See 50 N. Y. Supp. 161.

DAY v. WEEKS. O'BRIEN, Appellant, v. EARLY, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by William T. Day against Benjamin Weeks. Action by James J. O'Brien, judgment creditor, against Daniel J. Early, Receiver. A. Kling, for appellant O'Brien. B. Tolles, for respondent Early. No opinion, order affirmed, with $10 costs and disbursements.

DEAN, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by William G. Dean against Charles P. Allen, impleaded, etc.

PER CURIAM. The words "final judgment" are stricken from the decision, the order, and the judgment, and the judgment is sustained as an interlocutory judgment; and. the plaintiff has leave to amend his complaint within 20 days by striking therefrom the name of Charles W. Wagstaff, on payment of the costs of the demurrer, with leave to the defendant to answer within 20 days from the service of the amended complaint, and as so modified affirmed, without costs.

In re DE GROFF et al. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) In the matter of Charles M. De Groff and others. No opinion. Order affirmed, with $10 costs and disbursements.

DEVLIN, Appellant, v. HINMAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by John Devlin against Mary E. Hinman. No opinion. Motion for reargument denied. Motion for restitution granted. See 54 N. Y. Supp. 496.

DEVOY et al., Respondents, v. NEW YORK CUT–FLOWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by Thomas Devoy and Peter T. Devoy against the New York Cut-Flower Company. No opinion. Judgment and order affirmed, with costs. See 50 N. Y. Supp. 590.

DIECKERHOFF v. ALDEN. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Emil Dieckerhoff against Otto Alden. No opinion. Motion denied.

DIEHL v. ROBINSON. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Julia Diehl, as ad-